[No. 13747-3-III.   Division Three.   March 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS
GERARDO VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 93-1-01600-5, Stephen M. Brown, J.,
entered December 21, 1993. *Reversed* by unpublished
opinion per Thompson, J., concurred in by Schultheis,
A.C.J., and Munson, J.

[Nos. 14106-3-III; 14313-9-III.   Division Three.   March 26, 1996.]

VACATION INTERNATIONALE, LTD., *Appellant*, v.
STANLEY B. BRENDER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 93-2-00361-1, John E. Bridges, J.,
entered May 17, 1994 and August 30, 1994. *Affirmed* by
unpublished opinion per Sweeney, C.J., concurred in by
Schultheis and Munson, JJ.

[No. 14486-1-III.   Division Three.   March 28, 1996.]

*In the Matter of the Dependency of* M.O. ET AL. T.O.,
*Appellant*, v. DEPARTMENT OF SOCIAL AND HEALTH
SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 92-7-00016-5, Michael E. Cooper, J.,
entered November 14, 1994. *Affirmed* by unpublished
opinion per Thompson, J., concurred in by Sweeney, C.J.,
and Munson, J.